NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIANE L. BEATREZ,**
*Petitioner,*

v.

**OFFICE OF SPECIAL COUNSEL,**
*Respondent.*

---

2010-3145

---

Petition for review of the Merit Systems Protection Board in case no. CB1215080015-T-1.

---

**ON MOTION**

---

Before RADER, *Chief Judge.*

### ORDER

Diane Beatrez moves for a stay, pending review in this court, of the Merit Systems Protection Board's May 14, 2010 order requiring the United States Coast Guard to suspend Beatrez without pay for ten days.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The Office of Special Counsel (OSC) is directed to respond to the motion no later than noon on Wednesday, July 21, 2010.

(2) The court orders that the suspension of Beatrez be stayed, pending this court's receipt of OSC's response and the court's consideration of the papers submitted.

FOR THE COURT

JUL 1 9 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert Bruce, Esq.
   Jeanne E. Davidson, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 9 2010

JAN HORBALY
CLERK